**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1117**

In re: STEVEN DESMOND PETERSON, a/k/a Primo,

Petitioner.

On Petition for Writ of Mandamus.  (3:94-cr-00046-H-3)

Submitted:  August 26, 2019                    Decided:  August 29, 2019

Before DIAZ and THACKER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Steven Desmond Peterson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Desmond Peterson petitions for a writ of mandamus, alleging unreasonable delay by the district court in ruling on a number of pending motions and seeking an order directing the district court to act. Our review of the district court's docket sheet discloses that the district court ruled upon all pending motions by order entered on August 15, 2019. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*